**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:06CV-P395-H**

**ROBERT DEWHAYNE WILSON**                                                                 **PLAINTIFF**

**v.**

**JOHN REES** *et al.*                                                                                **DEFENDANTS**

### MEMORANDUM OPINION

This matter is before the Court on a motion to dismiss/for summary judgment filed by Defendants John Rees, Larry D. Chandler, Paige McGuire, and Ravonne Sims (DN 29). Defendant Lisa Fraley did not join in the motion. Defendants argue for dismissal for failure to prosecute under Fed. R. Civ. P. 41(b) or, alternatively, seek summary judgment pursuant to Fed. R. Civ. P. 56. Upon review of the record, the Court will grant the motion to dismiss for failure to prosecute.

Plaintiff filed this civil rights action while incarcerated at the Kentucky State Reformatory. By Order entered March 28, 2007 (DN 13), the Court allowed Plaintiff's Eighth Amendment claims that he was being denied adequate medical treatment and access to a handicap cell to proceed against all Defendants as well as his Americans with Disabilities Act and Rehabilitation Act claims that he was being denied access to a handicap cell. Plaintiff notified the Court by letter of his June 18, 2007, release date (DN 21), and thereafter, the Court denied Plaintiff's claims for injunctive relief as moot (DN 23).

Plaintiff's June 2007 letter is the last contact he made with this Court. In its Scheduling Order, however, the Court set the discovery deadline for August 7, 2007, and as a requirement of discovery, the Court directed both Defendants' counsel *and* Plaintiff to certify that production is complete. Plaintiff did not certify production, and Defendants' counsel reports that he tendered

written discovery to Plaintiff at his last indicated address in both June and August 2007, but received no response. In its Scheduling Order, the Court further directed Plaintiff to file a pretrial memorandum no later than September 6, 2007, but no pretrial memorandum has been filed. Plaintiff additionally failed to respond to Defendants' motion to dismiss/for summary judgment.

As the record reveals that Plaintiff has filed nothing with the Court since his notice of change of address over a year ago in June 2007, the Court concludes that Plaintiff has abandoned any interest in prosecuting this action, warranting dismissal of his claims against Defendants. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999) ("[A] case is properly dismissed by the district court where there is a clear record of delay or contumacious conduct.").

Consequently, by separate Order, the Court will grant Defendants Rees, Chandler, McGuire, and Sims' motion to dismiss and will deny their motion for summary judgment as moot.

Because Defendant Lisa Fraley did not join in the other Defendants' motion to dismiss/for summary judgment, she remains a Defendant in this case. Having concluded, however, that Plaintiff has abandoned any interest in prosecuting this action, the Court will also dismiss all claims against Defendant Fraley as well.

A separate Order will be entered consistent with this Memorandum Opinion.

Date:

cc: Plaintiff, *pro se*
      Counsel of Record
4412.005